**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PEDRO ENRIQUE HERNANDEZ and FERMIN
CRUZ AVILA, individually and on behalf of all
others similarly situated,

                                       **DEFAULT JUDGMENT**
                     Plaintiffs,           CV 22-6549 (JMA) (SIL)

        - against -

JF CONSTRUCTION OF NY INC., DEISY
POLANCO and JORGE LINARES FLORES, as
individuals,

                   Defendants.
-----------------------------------------------------------------X

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on February 21, 2024; granting Plaintiff Fermin Cruz Avila's motion for a default judgment against Defendants; awarding Plaintiff Fermin Cruz Avila $39,915.50 in damages, plus post-judgment interest from the date judgment is entered in this action until the date of payment using federal rate set forth in 28 U.S.C. § 1961; further ordering that if any amounts remain unpaid upon the expiration of 90 days following issuance of judgment, or 90 days ager the expiration of the time to appeal and no appeal is pending, whichever is later, the total amount of the judgment shall automatically increase by 15%; dismissing the claims of Plaintiff Pedro Enrique Hernandez without prejudice; and directing the Clerk of Court to enter judgment accordingly and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Fermin Cruz Avila's motion for a default judgment against Defendants JF Construction of NY, Inc., Deisy Polanco, and Jose Linares Flores is granted; that Plaintiff Fermin Cruz Avila is awarded $39,915.50 in damages Defendants JF Construction of NY, Inc., Deisy Polanco, and Jose Linares Flores, plus post-judgment interest from

the date judgment is entered in this action until the date of payment using federal rate set forth in 28 U.S.C. § 1961; that if any amounts of the judgment remain unpaid upon the expiration of 90 days following issuance of judgment, or 90 days ager the expiration of the time to appeal and no appeal is pending, whichever is later, the total amount of the judgment shall automatically increase by 15%; that the claims of Plaintiff Pedro Enrique Hernandez are dismissed without prejudice; and that this case is closed.

Dated: August 16, 2024
      Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                            BY:    /S/ JAMES J. TORITTO
                                        DEPUTY CLERK